Form amnddef(amnddefntc)

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:*   Jacqueline Lea Presley
    ***Debtor***
*Case No.:*  10–70659                             *Chapter:*  7

## Amendment Deficiency Notice

**Notice is hereby provided:**

☐ The filed on does not meet the required format. File a Revised Amendment on or before 6/8/10 which lists <u>only</u> information being added or changed. The Revised Amendment must include a proof of service (POS) and a Verification/Unsworn Declaration signed by the debtor(s) pursuant to B.R. 1008.

☐ The filed on does not include a Verification/Unsworn Declaration signed by the debtor (both debtors if joint case) pursuant to B.R. 1008. File a Verification on or before 6/8/10. Use the event, Bankruptcy>Miscellaneous Events>Verification or Certification.

☐ The filed on does not include a Proof of Service (POS). File a POS on or before 6/8/10 . The POS must indicate that the amendment was served on the creditor or party in interest listed on the amended schedules or lists. The POS must state what is being served, the date of service and the name and address of each party served, and the method of service. Use the event, Bankruptcy>Miscellaneous Events>Certificate of Service.

☐ The Amended Matrix filed on does not meet the required format. File a Revised Amendment on or before 6/8/10 which lists <u>only</u> names and addresses of the additional parties. Go to www.ilcb.uscourts.gov for additional matrix formatting requirements.

☑ Other: The Amended Schedule C filed on 05/25/10 does not include a Proof of Service. Service must be made to all creditors.

**The Court will take no action on deficient amendments and may enter an order striking the amendment if the deficiency is not cured by the stated deadline.**

**If directed to file a "Revised Amendment", you must use the event Bankruptcy>Miscellaneous Events>Revised Amendment. Failure to use this event may result in additional filing fees which will not be refunded.**

*Dated:* 5/25/10

                    Pamela C. Sherry
                    Clerk, U.S. Bankruptcy Court

    Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.