Form ostrkbk

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217–492–4551

| | |
|---|---|
| *In Re:* Jacqueline Lea Presley<br>*Debtor* | *Case No.:* 10–70659 |
| | *Chapter:* 7 |

**Order Striking Deficient Document**

*Go to www.ilcb.uscourts.gov and click on Judge Gorman's Procedures for
Cases filed in the Springfield Division for additional information.*

**A(n) Amended Schedule C (doc #18) having been filed on 05/25/10 and being deficient for the following reason:**

☐ Not signed/Not signed by attorney as required by Rule 9011/Electronic signatures not in proper format

☑ Proof of Service not adequate:

  ☑ Service must be made upon the entire mailing matrix

  ☐ Service of amended schedule must be made on creditors added by the amended schedule

  ☐ Service on a corporation must be made per Rule 7004(b)(3)

☐ Proof of Service not filed

☐ Verified statement required per Rule 2014 missing/incomplete

☐ Exhibits not attached

☐ Plan (Amended Plan) not properly captioned/dated

☐ Verification or unsworn declaration required by Rule 1008 missing/incomplete

☐ Official Form B27 – Reaffirmation Agreement Cover Sheet missing/incomplete

☐ Other:

**IT IS ORDERED** that the above described document is hereby **STRICKEN**.

If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

Dated: 6/9/10

/S/
Mary P. Gorman
U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.