PAMELA C. SHERRY, CLERK
U.S. BANKRUPTCY COURT

2010 JUN -9 PM 9: 57

FILED

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
## (SPRINGFIELD)

IN RE:                                    X

**Jacqueline Lea Presley**      X    Case No. **10-70659**
DEBTOR                              X    Chapter 7

TO:    *Trustee*
**James R Inghram**
529 Hampshire St.
Suite 409
Quincy, IL 62301

*U.S. Trustee*
**U.S. Trustee**
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602

ALL CREDITORS (see attached Exhibit "A")

### NOTICE OF AMENDMENT TO SCHEDULE C - PROPERTY CLAIM AS EXEMPT

YOU ARE HEREBY NOTIFIED the above named Debtor has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see attached copy of Amended Schedule C attached hereto).

YOU ARE FURTHER NOTIFIED that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court, a copy thereof served to the U.S. Trustee, Case Trustee, and Counsel for the Debtor within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: 6-8-10

Jacqueline Lea Presley

PAMELA C. SHEPPY, CLERK
U.S. [illegible]

2010 JUN -9 PM 9: 57

### Certificate of Service

FILED

On this the _8_ day of _June_, 2010, a copy of this notice and amended schedule was served on each of the persons listed on the attached service list either by U.S. Mail, postage prepaid at the addresses indicated.

*Jacqueline Presley*
Jacqueline Lea Presley

IN RE Presley, Jacqueline Lee _____   Case No. 10-70659 _____
                    Debtor(s)                                         (if known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking Account - Bank of Kampsville | 735 ILCS 5 §12-1001(b) | 10.45 | 10.45 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.