Form ostrkbk

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217–492–4551

---

*In Re:*  Jacqueline Lea Presley              *Case No.:* 10–70659
   *Debtor*

                  *Chapter:* 7

---

### Order Striking Deficient Document

*Go to www.ilcb.uscourts.gov and click on Judge Gorman's Procedures for
Cases filed in the Springfield Division for additional information.*

**A(n) Amended Schedule C (doc #18) having been filed on 05/25/10 and being deficient for the following reason:**

- ☐ Not signed/Not signed by attorney as required by Rule 9011/Electronic signatures not in proper format
- ☑ Proof of Service not adequate:
    - ☑ Service must be made upon the entire mailing matrix
    - ☐ Service of amended schedule must be made on creditors added by the amended schedule
    - ☐ Service on a corporation must be made per Rule 7004(b)(3)
- ☐ Proof of Service not filed
- ☐ Verified statement required per Rule 2014 missing/incomplete
- ☐ Exhibits not attached
- ☐ Plan (Amended Plan) not properly captioned/dated
- ☐ Verification or unsworn declaration required by Rule 1008 missing/incomplete
- ☐ Official Form B27 – Reaffirmation Agreement Cover Sheet missing/incomplete
- ☐ Other:

**IT IS ORDERED** that the above described document is hereby **STRICKEN**.

If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

Dated: 6/9/10
                        /S/
                        Mary P. Gorman
                        U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

# CERTIFICATE OF NOTICE

```
District/off: 0753-3          User: emcc                 Page 1 of 1                  Date Rcvd: Jun 09, 2010
Case: 10-70659                Form ID: ostrkbk           Total Noticed: 2

The following entities were noticed by first class mail on Jun 11, 2010.
db           +Jacqueline Lea Presley,   304 E Clay St,   Pleasant Hill, IL 62366-2188
The following entities were noticed by electronic transmission on Jun 09, 2010.
cr            E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2010 19:52:33
              Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,   Miami, FL  33131-1605
                                                                                              TOTAL: 1
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2010**              **Signature:** _Joseph Speetjens_